**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
ANDREA CADENA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-07-248-WBS |
| ) | |
| PLAINTIFF, ) | STIPULATION AND ~~PROPOSED~~ |
| ) | ORDER CONTINUING THE |
| v. ) | JUDGMENT AND SENTENCING |
| ) | DATE TO MONDAY, JUNE 6, 2011 |
| ANDREA CADENA, ) | |
| ) | |
| DEFENDANT. ) | |
| _____) | |

    The parties, the United States of America, represented by Mr. Jason Hitt and Mr. William Wong, and the defendant, Andrea Cadena, represented by Mr. James R. Greiner, hereby agree and stipulate that the present date set for Judgment and Sentencing, Monday, March 21, 2011, can be vacated by the Court.

    The parties, the United States of America, represented by Mr. Jason Hitt and Mr. William Wong, and the defendant, Andrea Cadena, represented by Mr. James R. Greiner, hereby agree and stipulate that a new date of Monday, June 6, 2011 at 8:30 a.m., can be set by the Court for the new Judgment and Sentencing date.

1

1  
2  
3 DATED: March 16, 2011  
4  
5  

BENJAMIN B. WAGNER  
UNITED STATES ATTORNEY  

/s/ Jason Hitt -by e mail authorization  
_____  
Jason Hitt  
William Wong  
ASSISTANT UNITED STATES ATTORNEYS  
ATTORNEY FOR THE PLAINTIFF  

6  
7 DATED: March 16, 2011  

RESPECTFULLY SUBMITTED  
LAW OFFICES OF JAMES R. GREINER  

8  
9  

/s/ JAMES R. GREINER  
_____  
JAMES R. GREINER  
ATTORNEY FOR DEFENDANT  
ANDREA CADENA  

10  
11  

12 **ORDER**

13  

14 **FOR GOOD CAUSE SHOW, IT IS SO ORDERED.**

15  
16  
17 DATED:  March 17, 2011  
18  
19  

_____  
WILLIAM B. SHUBB  
UNITED STATES DISTRICT JUDGE  

20  
21  
22  
23  
24  
25  
26  
27  
28