**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
ANDREA CADENA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> ANDREA CADENA, ) <br> ) <br> DEFENDANT. ) <br> _____) | CR.-S-07-248–21 WBS <br><br> STIPULATION AND ~~PROPOS~~ED ORDER CONTINUING THE JUDGMENT AND SENTENCING DATE TO <br> MONDAY, OCTOBER 31, 2011 |

The parties, the United States of America, represented by Mr. Jason Hitt and Mr. William Wong, and the defendant, Andrea Cadena, represented by Mr. James R. Greiner, hereby agree and stipulate that the present date set for Judgment and Sentencing, Monday, June 6, 2011, can be vacated by the Court.

The parties, the United States of America, represented by Mr. Jason Hitt and Mr. William Wong, and the defendant, Andrea Cadena, represented by Mr. James R. Greiner, hereby agree and stipulate that a new date of Monday, October 31, 2011 at 8:30 a.m., can be set by the Court for the new Judgment and Sentencing date.

1

DATED: June 2, 2011

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

/s/ Jason Hitt -by e mail authorization
_____
Jason Hitt
William Wong
ASSISTANT UNITED STATES ATTORNEYS
ATTORNEY FOR THE PLAINTIFF

DATED: June 2, 2011

RESPECTFULLY SUBMITTED
LAW OFFICES OF JAMES R. GREINER

/s/ JAMES R. GREINER
_____
JAMES R. GREINER
ATTORNEY FOR DEFENDANT
ANDREA CADENA

## ORDER

**FOR GOOD CAUSE SHOW, IT IS SO ORDERED.**

DATED:   June 2, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2