**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
ANDREA CADENA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-07-248-21 WBS |
| ) | |
| PLAINTIFF, ) | STIPULATION AND ~~PROPOSED~~ |
| ) | ORDER CONTINUING THE |
| v. ) | JUDGMENT AND SENTENCING |
| ) | DATE TO |
| ) | MONDAY, APRIL 30, 2012 |
| ANDREA CADENA, ) | |
| ) | |
| DEFENDANT. ) | |
| _____ ) | |

The parties, the United States of America, represented by Mr. Jason Hitt and Mr. William Wong, and the defendant, Andrea Cadena, represented by Mr. James R. Greiner, hereby agree and stipulate that the present date set for Judgment and Sentencing, Monday, October 31, 2011, can be vacated by the Court.

The parties, the United States of America, represented by Mr. Jason Hitt and Mr. William Wong, and the defendant, Andrea Cadena, represented by Mr. James R. Greiner, hereby agree and stipulate that a new date of Monday, April 30, 2012, can be set by the Court for the new Judgment and Sentencing date. Probation is in agreement with this request.

1

```
                                    BENJAMIN B. WAGNER
                                    UNITED STATES ATTORNEY

                                    /s/ Jason Hitt -by e mail authorization
DATED: October 25, 2011             _____
                                    Jason Hitt
                                    William Wong
                                    ASSISTANT UNITED STATES ATTORNEYS
                                    ATTORNEY FOR THE PLAINTIFF


                                    RESPECTFULLY SUBMITTED
                                    LAW OFFICES OF JAMES R. GREINER

                                    /s/ JAMES R. GREINER
DATED: October 25, 2011             _____
                                    JAMES R. GREINER
                                    ATTORNEY FOR DEFENDANT
                                    ANDREA CADENA
```

**ORDER**

**FOR GOOD CAUSE SHOW, IT IS SO ORDERED.**

DATED:   October 28, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE