**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
ANDREA CADENA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-07-248-21 WBS |
| ) | |
| PLAINTIFF, ) | STIPULATION AND ~~PROPOSED~~ |
| ) | ORDER CONTINUING THE |
| v. ) | JUDGMENT AND SENTENCING |
| ) | DATE TO |
| ) | MONDAY, FEBRUARY 25, 2013 |
| ) | |
| ANDREA CADENA, ) | |
| ) | |
| DEFENDANT. ) | |
| _____ ) | |

The parties, the United States of America, represented by Mr. Jason Hitt and Mr. William Wong, and the defendant, Andrea Cadena, represented by Mr. James R. Greiner, hereby agree and stipulate that the present date set for Judgment and Sentencing, Monday, November 19, 2012, can be vacated by the Court.

The parties, the United States of America, represented by Mr. Jason Hitt and Mr. William Wong, and the defendant, Andrea Cadena, represented by Mr. James R. Greiner, hereby agree and stipulate that a new date of Monday, February 25, 2013, can be set by the Court for the new Judgment and Sentencing date.

The parties also agree to modify the Disclosure dates for the pre-sentence investigation report as follows:

1

| | |
|---|---|
| Judgment and Sentencing date | February 25, 2013 |
| Reply date | February 18, 2013 |
| Formal Objections by defense | February 11, 2013 |
| Report date to be filed with the Court | February 4, 2013 |
| Informal Objections | January 28, 2013 |
| Draft Report to the parties | January 14, 2013 |

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

/s/ Jason Hitt -by e mail authorization

DATED: 11-15-12  _____

Jason Hitt
William Wong
ASSISTANT UNITED STATES ATTORNEYS
ATTORNEY FOR THE PLAINTIFF

DATED: 11-15-12

LAW OFFICES OF JAMES R. GREINER

/s/ JAMES R. GREINER

_____

JAMES R. GREINER
ATTORNEY FOR DEFENDANT
ANDREA CADENA

**ORDER**

The Court after reading and considering the parties agreements and stipulations, adopts them as follows:

2

| | |
|---|---|
| Judgment and Sentencing date | February 25, 2013 |
| Reply date | February 18, 2013 |
| Formal Objections by defense | February 11, 2013 |
| Report date to be filed with the Court | February 4, 2013 |
| Informal Objections | January 28, 2013 |
| Draft Report to the parties | January 14, 2013 |

The Court vacates the Judgment and Sentencing date of Monday, November 19, 2012 and resets the Judgment and Sentencing to Monday, February 25, 2013.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED:   November 16, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE