**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
1024 IRON POINT ROAD
FOLSOM, CALIFORNIA 95630
TELEPHONE:(916) 357-6701
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
ANDREA CADENA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-07-248-21 WBS |
| ) | |
| PLAINTIFF, ) | STIPULATION AND ~~PROPOSED~~ |
| ) | ORDER CONTINUING THE |
| v. ) | JUDGMENT AND SENTENCING |
| ) | DATE TO |
| ) | MONDAY, JUNE 24, 2013 |
| ANDREA CADENA, ) | |
| ) | |
| DEFENDANT. ) | |
| _____) | |

    The parties, the United States of America, represented by Mr. Jason Hitt and Mr. William Wong, and the defendant, Andrea Cadena, represented by Mr. James R. Greiner, hereby agree and stipulate that the present date set for Judgment and Sentencing, Monday, February 25, 2013, can be vacated by the Court.

    The parties, the United States of America, represented by Mr. Jason Hitt and Mr. William Wong, and the defendant, Andrea Cadena, represented by Mr. James R. Greiner, hereby agree and stipulate that a new date of Monday, June 24, 2013 at 9:30 a.m., can be set by the Court for the new Judgment and Sentencing date.

    The parties also agree to modify the Disclosure dates for the pre-sentence investigation report as follows:

1

| | |
|---|---|
| Judgment and Sentencing date | June 24, 2013 |
| Formal Objections | June 10, 2013 |
| Final Report to the Court and Counsel | June 3, 2013 |
| Informal Objections to Probation | May 20, 2013 |

Defense counsel has discussed this with the defendant and the defendant is in agreement with these dates. Probation is also in agreement.

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

/s/ Jason Hitt -by e mail authorization

DATED: 2-21-13    _____

Jason Hitt
William Wong
ASSISTANT UNITED STATES ATTORNEYS
ATTORNEY FOR THE PLAINTIFF

DATED: 2-21-13

LAW OFFICES OF JAMES R. GREINER

/s/ JAMES R. GREINER

_____

JAMES R. GREINER
ATTORNEY FOR DEFENDANT
ANDREA CADENA

**ORDER**

The Court after reading and considering the parties agreements and stipulations, adopts them as follows:

| | |
|---|---|
| Judgment and Sentencing date | June 24, 2013 |
| Formal Objections | June 10, 2013 |
| Final Report to the Court and Counsel | June 3, 2013 |
| Informal Objections to Probation | May 20, 2013 |

The Court vacates the Judgment and Sentencing date of Monday, February 25, 2013 and resets the Judgment and Sentencing to Monday, June 24, 2013 at 9:30 a.m.

**FOR GOOD CAUSE SHOW, IT IS SO ORDERED.**

DATED:  February 26, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE