1  PHILLIP A. TALBERT
   United States Attorney
2  JASON HITT
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2751
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                   IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )  CASE NO. 2:07-CR-0248-21 WBS
                                      )
12 |                  Plaintiff,      )  ORDER FOR RELEASE OF PERSON IN
                                      )  CUSTODY
13 |             v.                   )
                                      )
14 | ANDREA CADENA,                   )
                                      )
15 |                                  )
                    Defendant.        )
16                                    )
                                      )
17                                    )

18

19     TO: THE UNITED STATES MARSHAL,

20     This is to authorize you and direct you to release from custody defendant Andrea CADENA in

21 Case No. 2:07-CR-0248 WBS, forthwith based upon this Court's ruling that she has completed the time

22 needed to be served in custody for her supervised release violations.

23     Issued in Sacramento, California, on May 30, 2017.

24     **IT IS SO ORDERED.**

25 Dated: May 30, 2017

26                                           _____
                                             WILLIAM B. SHUBB
27                                           UNITED STATES DISTRICT JUDGE

28